**DENIED and Opinion Filed May 10, 2024**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-24-00538-CV

## IN RE TERRACE HEIGHTS OWNER'S ASSOCIATION, INC. AND ERICK BERDUGO, Relators

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-10058**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Kennedy
Opinion by Justice Kennedy

Before the Court is relators' May 8, 2024 petition for writ of mandamus. Upon review, relators' petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of mandamus relief. *See* TEX. R. APP. P. 52.3(j), 52.3(k)(1)(A), 52.7(a); *In re Backusy*, No. 05-23-00674-CV, 2023 WL 4540278, at *1 (Tex. App.—Dallas July 14, 2023, orig. proceeding) (mem. op.) (explaining that a relator's failure to properly certify the petition and support the petition with an appropriate record or appendix precludes consideration of mandamus relief). Relator's petition fails to comply with the Texas Rules of

Appellate Procedure in several other respects as well. *See, e.g.*, TEX. R. APP. P. 9.1,

9.4, 9.5, 52.3(b)–(d), 52.3(f)–(i).

Accordingly, we deny relators' petition for writ of mandamus.


/Nancy Kennedy/
NANCY KENNEDY
JUSTICE

240538F.P05